**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| RELIANCE STANDARD LIFE INSURANCE COMPANY<br>    Plaintiff | : : : : : | |
| v. | : : | Case No.: 06 C 5437 |
| ANDREA MAGLI-GRANT AND DANIELLE TODD AND CHRISTOPHER TODD AND CELESTE TODD-WELLS, In her capacity as mother, natural guardian and Trustee of the Estate of Brandon Todd, a minor | : : : : : : | |

## RELIANCE STANDARD LIFE INSURANCE COMPANY'S
## MOTION FOR FINAL JUDGMENT IN INTERPLEADER

Plaintiff RELIANCE STANDARD LIFE INSURANCE COMPANY ("RELIANCE STANDARD"), by its attorneys, William A. Chittenden III, Matthew W. Gasaway, and Chittenden, Murday, and Novotny LLC, and for its Motion for Final Judgment in Interpleader, states as follows:

1. On October 6, 2006, RELIANCE STANDARD filed its Complaint in Interpleader, in order to resolve competing claims to the life insurance proceeds payable under Policy Number GL135439 and Policy Number GL135440, (hereinafter the "Policies") which were issued by RELIANCE STANDARD insuring the life of David Todd.. Defendants, ANDREA MAGLI-GRANT, DANIELLE TODD, CHRISTOPHER TODD, and CELESTTE TODD-WELLS, in her capacity as mother, natural guardian and Trustee of the estate of Brandon Todd, a minor, are the adverse claimants to the proceeds of the aforementioned policy.

2. Defendants CELESTTE TODD-WELLS, DANIELLE TODD, and CHRISTOPHER TODD have completed Rule 4 Waivers of Service of Summons and have received copies of the Complaint in Interpleader in this matter. Defendant ANDREA MAGLI-GRANT was served by service of the Complaint in Interpleader upon her attorney, Robert J. Hauser.

3. Defendants ANDREA MAGLI-GRANT, DANIELLE TODD, CHRISTOPHER TODD, and CELESTTE TODD-WELLS, on behalf of Brandon Todd, a minor, have appeared in this case through counsel.

4. RELIANCE STANDARD has deposited its admitted liability under the Policies, in the total sum of $174,263.69 (one hundred seventy-four thousand, two hundred sixty-three dollars and sixty-nine cents), into the registry of this Court.

5. RELIANCE STANDARD has done all required by law to perfect its Interpleader action.

**WHEREFORE**, Plaintiff RELIANCE STANDARD LIFE INSURANCE COMPANY respectfully prays that this Honorable Court enter an Order:

a. Entering judgment in favor of RELIANCE STANDARD LIFE INSURANCE COMPANY and against the Defendants on the Complaint in Interpleader.

b. Releasing and discharging RELIANCE STANDARD LIFE INSURANCE COMPANY from any and all liability to Defendants ANDREA MAGLI-GRANT, DANIELLE TODD, CHRISTOPHER TODD, and CELESTTE TODD-WELLS, on behalf of Brandon Todd, a minor, in connection with the Policies;

c. Permanently and perpetually restraining and enjoining the Defendants, and each of them, from filing or prosecuting any claim in any federal, state or administrative court or other forum with respect to the death benefits payable pursuant to the Policies;

d. Cancelling by judgment Policy Number GL135439 and Policy Number GL135440, issued by RELIANCE STANDARD and insuring the life of David Todd;

e. Excusing RELIANCE STANDARD from further attendance upon this cause and dismissing RELIANCE STANDARD from this cause with an express finding of finality pursuant to Rule 54(b) of the Federal Rules of Civil Procedure;

f. Requiring the Defendants to litigate their entitlement to the proceeds of the Policies among themselves without further involving RELIANCE STANDARD.

g. RELIANCE STANDARD further prays that this Court enter such Order in the form attached hereto as Exhibit A.

        Respectfully submitted,

        CHITTENDEN, MURDAY & NOVOTNY LLC

By:   s/Matthew W. Gasaway
       One of the Attorneys for **RELIANCE STANDARD LIFE INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on March 29, 2007 the above and foregoing MOTION FOR FINAL JUDGMENT IN INTERPLEADER and proposed Order were electronically filed with the Clerk of the Court using the CM/ECF system.

                                                   By:   /s/ Matthew W. Gasaway
                                                               One of the Attorneys for Plaintiff

William A. Chittenden
Matthew W. Gasaway
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison, Suite 1400
Chicago, Illinois 60606
(312) 281-3623
O:\RE101\40824 Magli-Grant\Pleadings\Motion for Final Judgment.doc